UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICOLE WHITT,

       Plaintiff,

v.     Case No. 8:16-cv-01453-JDW-TBM

NAVIENT SOLUTIONS, INC. and
STUDENT ASSISTANCE CORP.

       Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Navient Solution Services, Inc., and Student Assistance Corp. (Defendants), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: January 23, 2017

       Respectfully submitted,

       /s/ Rachel A. Morris
       Rachel A. Morris, Esq.
       Florida Bar No.: 091498
       Dayle M. Van Hoose, Esq.
       Florida Bar No. 0016277
       SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
       3350 Buschwood Park Drive, Suite 195
       Tampa, Florida 33618
       Telephone:   (813) 890-2469

Facsimile:    (866) 466-3140
rmorris@sessions.legal
dvanhoose@sessions.legal

Attorneys for Defendants,
*Navient Solutions, Inc., and*
*Student Assistance Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on this 23rd day of January 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system or U.S. First Class Mail including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Frank H. Kerney, III Esq.
Morgan & Morgan, PA
201 N. Franklin St., Fl 7
Tampa, FL 33602
fkerney@forthepeople.com

/s/ Rachel A. Morris
Attorney